**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-02659-REB-KLM

JOSHUA BRYAN PALMER,

        Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipal corporation,
ANTHONY CAREY, an employee of the Colorado Springs Police Department, in his
official and individual capacities,
TREVOR GARDNER, an employee of the Colorado Springs Police Department, in his
official and individual capacities, and
JORDON SWANBERG, an employee of the Colorado Springs Police Department, in his
official and individual capacities,

        Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

        The matter is before the court on the **Stipulation of Voluntary Dismissal**

**Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** [#14][1] filed October 28, 2014.  After reviewing the

stipulation and the record, I conclude that the stipulation should be approved and that

this action should be dismissed with prejudice.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That the **Stipulation of Voluntary Dismissal Pursuant to F.R.C.P.**

**41(a)(1)(A)(ii)** [#14] filed October 28, 2014, is **APPROVED**;

---

        [1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention
throughout this order.

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 29, 2014, at Denver, Colorado.

                                       **BY THE COURT:**

                                     *Bob Blackburn*

                                     Robert E. Blackburn

                                     United States District Judge